UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WARZEK,<br><br>        Plaintiffs,<br><br>  vs.<br><br>VALLEY STATE PRISON, et al.,<br><br>        Defendants. | Case No. 1:20-cv-00027-DAD-GSA-PC<br><br>**ORDER RELATING CASES** |

      Michael Warzek ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. The Complaint commencing this action was filed on December 26, 2019 and opened as Case No. 1:19-cv-1797, Gann v. Valley State Prison. On January 7, 2020, Plaintiff's claims were severed from the claims in Case No. 1:19-cv-1797, and this case was opened for Plaintiff to proceed with his own case. (ECF No. 1.)

      The Court's review of this case reveals that it is related under Local Rule 123 to the action entitled Gann v. Valley State Prison, 1:19-cv-01797-DAD-GSA-PC. Both actions are based on the same underlying facts and involve overlapping questions of law and fact.

      Accordingly, IT IS HEREBY ORDERED that the Office of the Clerk shall relate this case with case 1:19-cv-01797-DAD-GSA-PC.

IT IS SO ORDERED.

  Dated:   **March 23, 2020**                **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE