UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WARZEK,<br><br>            Plaintiff,<br><br>    vs.<br><br>VALLEY STATE PRISON, et al.,<br><br>            Defendants. | 1:20-cv-00027-DAD-GSA-PC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br>**(ECF No. 20.)**<br><br>**DEADLINE TO RESPOND TO COMPLAINT:**<br><br>**<u>January 27, 2022</u>** |

Plaintiff Michael Warzek is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.[1] This case now proceeds with Plaintiff's First Amended Complaint filed on February 4, 2020, against Defendants Warden Raythel Fisher, Jr., Dining Hall Officer Paez, and Culinary Staff Members Anguiano, Chapa,[2] Lucero, Marquez, Cruz, and Moosebaur ("Defendants"). (ECF No. 4.) On December 23, 2021, Defendants filed a request for extension of time to respond to the First Amended Complaint. (ECF No. 20.)

---

[1] On April 13, 2020, Plaintiff filed the $400.00 filing fee for this case in full. (Court Record.)

[2] Sued as Chapas.

1

Good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that

1. Defendants' request for extension of time is GRANTED; and

2. Defendants are granted an extension of time until **January 27, 2022**, to respond to the First Amended Complaint.

IT IS SO ORDERED.

Dated:   **January 3, 2022**                           **/s/ Gary S. Austin**
                                                                           UNITED STATES MAGISTRATE JUDGE