UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WARZEK,<br><br>          Plaintiff,<br><br>     v.<br><br>VALLEY STATE PRISON, et al.,<br><br>          Defendant. | No.  1:20-CV-00027-ADA-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND DENYING PLAINTIFF'S MOTION FOR ORDER DIRECTING PRISON OFFICIALS TO ALLOW HIM TO CORRESPOND WITH PLAINTIFFS IN RELATED CASES<br><br>(ECF Nos. 25, 40) |

Plaintiff Michael Warzek ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(b).

On November 1, 2022, the assigned Magistrate Judge issued findings and recommendations, recommending that Plaintiff's self-titled motion for writ of mandate, construed by the Court as a motion for an order directing prison officials to allow him to correspond with plaintiffs in related cases, be denied.  (ECF No. 40.)  The pending findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service.  (*Id.*)  To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds the findings

1

and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued by the Magistrate Judge on November 1, 2022, (ECF No. 40), are adopted in full; and
2. Plaintiff's motion for an order directing prison officials to allow him to correspond with plaintiffs in related cases, filed on April 19, 2022, (ECF No. 25), is DENIED.

IT IS SO ORDERED.

Dated:   December 14, 2022

UNITED STATES DISTRICT JUDGE