UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WARZEK,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY STATE PRISON, et al.,<br><br>Defendants. | No.  1:20-cv-00027 NODJ GSA (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF RE:  MODIFICATION OF SCHEDULING ORDER<br><br>(ECF No. 58)<br><br>EXHAUSTION-BASED MOTION FOR SUMMARY JUDGMENT DUE **MARCH 1, 2024** |

Defendants have filed a motion for administrative relief with respect to the current discovery and scheduling order. ECF No. 58. In it, they ask for a fourteen-day extension of time to file an exhaustion-based motion for summary judgment. Id. at 2. Currently, the motion is due February 16, 2024. See ECF No. 55 (discovery and scheduling order). They ask for an extension up to and including March 1, 2024, to file it. ECF No. 58 at 2.

In support of the motion to modify the discovery and scheduling order, counsel for Defendants states that she has exercised reasonable diligence in investigating and preparing to bring the motion and that she began to review this case soon after it was assigned to her. ECF No. 58 at 3. She asserts that the additional time is needed to obtain and review declarations from

1

the California Department of Corrections and Rehabilitation prior to them being added to the motion for summary judgment.  Id.  Counsel also points out that a grant of the additional time requested will not move other deadlines, nor will it delay these proceedings.  Finally, counsel states that although Plaintiff, who is incarcerated, could not be quickly reached regarding the extension request, immediate notice of the ex parte motion will be sent to him.  ECF No. 58 at 4.  Good cause appearing, the motion will be granted.

      Accordingly, IT IS HEREBY ORDERED that:

      1.  Defendants' motion foe administrative relief regarding modification of the scheduling order (ECF No. 58) is GRANTED, and

      2.  Defendants shall have until, but  no later than **March 1, 2024,** to file their anticipated exhaustion-based motion for summary judgment.

IT IS SO ORDERED.

Dated:   **January 23, 2024**              **/s/ Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE