UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WARZEK,<br><br>  Plaintiff,<br><br>  v.<br><br>VALLEY STATE PRISON, et al.,<br><br>  Defendants. | No. 1:20-cv-00027-KES-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 60, 62) |

Plaintiff Michael Warsek is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 9, 2024, the magistrate judge issued findings and recommendations, recommending plaintiff's motion for summary judgment (Doc. 60) be denied without prejudice. Doc. 62. The magistrate judge found that plaintiff's one-page motion consisted of unsupported generalizations and did not include any of the information required by Federal Rule of Civil Procedure 56 and Local Rule 260. *Id.* at 3. The findings and recommendations were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. *Id.* at 5. Neither party has filed objections and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of

1

this case.  Having carefully reviewed the file, the court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on February 9, 2024 (Doc. 62), are ADOPTED IN FULL, and

2. Plaintiff's motion for summary judgment (Doc. 60) is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   July 31, 2024

UNITED STATES DISTRICT JUDGE