UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL WARZEK,

        Plaintiff,

    v.

VALLEY STATE PRISON, *et al.*,

        Defendants.

Case No. 1:20-cv-00027-KES-FJS (PC)

ORDER DENYING PLAINTIFF'S MOTION FOR JUDGMENT

(ECF No. 80)

Plaintiff Michael Warzek ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against: (1) Defendants Fisher and Moosbauer for violation of RLUIPA, violation of the First Amendment Free Exercise Clause, adverse conditions of confinement in violation of the Eighth Amendment, failure to protect Plaintiff in violation of the Eighth Amendment, and violation of Plaintiff's rights to equal protection; (2) Defendant Paez for violation of Plaintiff's First Amendment right against retaliation; (3) Defendant Cruz for adverse conditions of confinement in violation of the Eighth Amendment; and (4) Defendant Moosbauer for retaliation in violation of the First Amendment. (ECF No. 51.)

On March 6, 2024, Defendants Fisher, Moosbauer, Cruz, and Paez ("Defendants") filed a motion for summary judgment on the ground that Plaintiff failed to properly exhaust available

administrative remedies as required under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). (ECF No. 65.) The motion is fully briefed. (ECF Nos. 69–71.)

Currently before the court is Plaintiff's "Motion for Judgment," filed May 21, 2026. (ECF No. 80.) Plaintiff acknowledges the court's heavy caseload and states that he is remaining in contact so this matter will not be dismissed for failure to prosecute. Plaintiff requests judicial notice of alleged ongoing and additional violations of his constitutional rights by Defendants. Plaintiff requests that the court proceed in deliberation of this matter. (*Id.*)

Defendants have not yet had an opportunity to respond to Plaintiff's motion, but the court finds a response unnecessary. The motion is deemed submitted. Local Rule 230(l).

It appears Plaintiff is requesting a ruling on the pending motion for summary judgment. Plaintiff is reminded that this court has an extremely large number of *pro se* prisoner civil rights cases pending before it, and therefore, delay is inevitable despite the court's best efforts. Due to the heavy caseload, Defendants' motion for summary judgment is awaiting decision. The court is aware of the pendency of this action and will decide the motion for summary judgment in due course. Plaintiff's motion for a ruling is therefore denied.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for judgment, (ECF No. 80), is DENIED; and

2. Defendants' motion for summary judgment will be decided in due course.

IT IS SO ORDERED.

Dated:   **June 10, 2026**

_____
UNITED STATES MAGISTRATE JUDGE